Ryan W. Koppelman (State Bar No. 290704)
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303
Telephone:  650-838-2000
Facsimile:  650-838-2001
E-mail:  ryan.koppelman@alston.com

*Attorneys for Plaintiff*
*IP Power Holdings Limited.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IP POWER HOLDINGS LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>KAMP-RITE TENT COT INC.,<br><br>    Defendant. | Case No.:  2:19-cv-00634-KJM-KJN<br><br>**ORDER TO STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

Having read the STIPULATION FOR THE EXTENSION OF TIME TO ANSWER COMPLAINT, the Court hereby grants Defendant a 60-day extension of time to file its response to the Complaint, until September 30, 2019. The Court further continues the Initial Scheduling Conference to October 18, 2019 at 2:30 p.m.

IT IS SO ORDERED, this 29th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE