Ryan W. Koppelman (State Bar No. 290704)
**ALSTON & BIRD LLP**
950 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-838-2000
Facsimile: 650-838-2001
E-mail: ryan.koppelman@alston.com

*Attorneys for Plaintiff*
*IP Power Holdings Limited.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IP POWER HOLDINGS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>KAMP-RITE TENT COT INC.,<br><br>Defendant. | Case No.: 2:19-cv-00634-KJM-KJN<br><br>**ORDER TO STIPULATION FOR EXTENSION OF ADDITIONAL TIME TO ANSWER COMPLAINT** |

1     Having read the STIPULATION FOR EXTENSION OF ADDITIONAL TIME TO
2 ANSWER COMPLAINT, the Court hereby grants Defendant an additional 14-day extension of time
3 to file its response to the Complaint, until October 14, 2019.
4  IT IS SO ORDERED, this 3rd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE