UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IP POWER HOLDINGS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>KAMP-RITE TENT COT INC.,<br><br>Defendant. | No. 2: 19-cv-00634-KJM-KJN<br><br><br><br>ORDER |

Having read the STIPULATION FOR EXTENSION OF ADDITIONAL TIME TO ANSWER COMPLAINT, the court hereby grants defendant an additional 21-day extension of time to file its response to the Complaint, until November 4, 2019. The court further continues the Initial Scheduling Conference to November 8, 2019 at 2:30 p.m. These dates are firm and will not be changed absent extraordinary circumstances.

IT IS SO ORDERED

DATED: October 18, 2019.

_____
UNITED STATES DISTRICT JUDGE

1